NUMBER 13-01-419-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


JOE PILAR CALDERA , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 24th District Court 

of Jackson County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, JOE PILAR CALDERA , perfected an appeal from a judgment entered by the 24th District Court of Jackson
County, Texas, in cause number 98-4-6031 . Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 23rd day of August, 2001 .